# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 MAR -7  A 11: 08

CLERK'S OFFICE
AT GREENBELT

BY ____ DEPUTY

| | |
|---|---|
| K-Beech Inc  *Plaintiff*  <br><br>  V.  <br><br>  DOES # 6  *Defendants* | Civil Action No: 8:12-cv-0088-AW |

## DOE NO.6 MOTION TO QUASH THE SUBPOENA
## OF K-Beech Inc, AND MEMORANDUM IN SUPPORT

Doe No 6, IP # 69.140.117.244, pro se, hereby request a move to squash the Subpoena issued to him in the proceeding. A copy o the Subpoena is attached to this motion.

### I – Background

On or about Feb 10th, 2012, I, Doe No. 6, was served with a copy of the subpoena, requesting Comcast to provide my name, address and other information as directed in the Orders. Information obtained from Comcast indicated that in this lawsuit, I was identified via my assigned Internet Protocol (IP) address on November 29th, 2011 at 5:17 that I allegedly infringed on K-Beech's copyrights on the internet by uploading or downloading a movie without permission. By this notion and in view of the seriousness of the allegation, I categorically and with conviction denied for the following reasons

   a) Until I received this notion, my home network (wireless) was unsecured thus any one of my neighbors could have used my unsecured network to perform the act in question.

b) I have 7 (Seven) years old Twin children whom are the primary users of the computer in the house. On the day in question, they were using the computer along with some of the other children of the neighborhood. They might have mistaken attempted to download the movie in question. Since that day, I have limited the access the computer to my children as well as their friends

c) As prepared to defend this motion, I was hit by another bad news as to the death of my dad. This news in top of this legal issue had me lose weight, lost appetite and having insomnia as I do have none of the resources required to defends such a case.

d) Finally, if this subpoena is not squashed and my information is submitted to the plaintiff, considering my innocence in this matter, I will be subject to a lawsuit which will cause me both undue financial and emotional burden. This motion was timely filed; accordingly, this court has the authority to grant this motion

II- Prayer for Relief

I, Doe No 6 respectfully request this Court recognized that I did not commit, condone or encourage copyright infringement and will be subject to undue financial and emotional burden if dragged into this lawsuit. Accordingly, this Count should grant this motion to Quash.

Respectfully submitted,

_____
Doe No 6, IP # 69.140.117.244

## VERIFICATION

I, identified in this lawsuit as Doe No 6, IP # 69.140.117.244, verify that, the statement made in this motion are true and correct o the best of my knowledge. I understand that false statements herein are made subject to the penalties relating to unsworn falsification to authorities

_____
Doe No 6, IP # 69.140.117.244

**CERTIFICATION OF SERVICE**

This is to certify that on March 01st, 2012, I produce a true and correct copy of the attached Motion to Quash Subpoena to be served upon the following persons by facsimile and U.S First Class Mail.

1- Copy sent via Facsimile to :
   Comcast
   Fax : 866.475.8572

2- True and correct copy by U.S First Class Mail.
   Jon A Hoppe, Esquire
   1401 Mercantile Lane # 105
   Largo, MD 20774
   Tel – 301.341.2580

*[signature]*   3-7-2012