UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CASE NO. 8:12-cv-00088-AW

| | |
|---|---|
| K-BEECH, INC.<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOES 1-31.<br><br>    Defendants. | **PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE OF DOE 13 ONLY</u>** |

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 13 ("Defendant"). Pursuant to the settlement agreement's terms to which Defendant still has executory obligations, Plaintiff hereby voluntary dismisses Defendant from this action <u>without prejudice</u>. John Doe 13 was assigned the IP Address 98.218.74.251. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant Doe 13 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

    Respectfully Submitted,

    By  */s/ Jon A. Hoppe*_____
        Jon A. Hoppe, Esquire #6479
        Maddox, Hoppe, Hoofnagle &
        Hafey, L.L.C.
        1401 Mercantile Lane #105
        Largo, Maryland 20774
        (301) 341-2580

## CERTIFICATE OF SERVICE

I hereby certify that on April 10th, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                 */s/ Jon A. Hoppe*
                                                 Jon A. Hoppe, Esquire