**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CASE NO. 8:12-cv-00088-AW**

| | |
|---|---|
| K-BEECH, INC.<br><br>      Plaintiff,<br><br>v.<br><br>JOHN DOES 1-31.<br><br>      Defendants. | **PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF  DOE 20 ONLY** |

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 20 ("Defendant"). Pursuant to the settlement agreement's terms Plaintiff hereby voluntary dismisses Defendant from this action with prejudice.  John Doe 20 was assigned the IP Address 173.79.37.85.  For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant Doe 20 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Respectfully Submitted,

By  _/s/ Jon A. Hoppe_____
    Jon A. Hoppe, Esquire #6479
    Maddox, Hoppe, Hoofnagle &
    Hafey, L.L.C.
    1401 Mercantile Lane #105
    Largo, Maryland 20774
    (301) 341-2580

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 10th, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

*/s/ Jon A. Hoppe*
Jon A. Hoppe, Esquire
