UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CASE NO. 8:12-cv-00088-AW

| | |
|---|---|
| K-BEECH, INC.<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOES 1-31.<br><br>    Defendants. | **PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL <u>WITH PREJUDICE OF DOE 26 ONLY</u>** |

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 26 ("Defendant"). Pursuant to the settlement agreement's terms Plaintiff hereby voluntary dismisses Defendant from this action <u>with prejudice</u>. John Doe 26 was assigned the IP Address 71.166.51.7. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant Doe 26 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

                                                                              Respectfully Submitted,

                                                                              By  _/s/ Jon A. Hoppe_____
                                                                                 Jon A. Hoppe, Esquire #6479
                                                                                 Maddox, Hoppe, Hoofnagle &
                                                                                 Hafey, L.L.C.
                                                                                  1401 Mercantile Lane #105
                                                                                 Largo, Maryland 20774
                                                                                 (301) 341-2580

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 10th, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                                  /s/ Jon A. Hoppe
                                                                                   Jon A. Hoppe, Esquire