## UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

K-BEECH, INC.

      Plaintiff,

v.

JOHN DOES 1-31.

      Defendants.

**CASE NO. 8:12-cv-00088-DKC**

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DOE 1

**PLEASE TAKE NOTICE,** Plaintiff is hereby dismissing the actions claimed against Defendant, John Doe 1 ("Defendant") with prejudice. Defendant's Internet Service Provider just recently responded that the information belonging to the Defendant's IP address was no longer in their records; accordingly, Plaintiff can no longer continue this litigation.

Consistent herewith, Plaintiff consents to the Court closing its file for administrative purposes.

Respectfully Submitted,

By  _/s/ Jon A. Hoppe_____
    Jon A. Hoppe, Esquire #6479
    Maddox, Hoppe, Hoofnagle &
    Hafey, L.L.C.
    1401 Mercantile Lane #105
    Largo, Maryland 20774
    (301) 341-2580

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 4, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

*/s/ Jon A. Hoppe*
Jon A. Hoppe, Esquire
